Use of HUGH C. SMITH, Administrator of CHARLES SHEARER, deceased, *vs.* WILLIAM SIMMONS, et al.

### *Death of Party—Substitution.*

Under Rev. Code p. 787, ch. 105, Secs. 5 and 7, all that is necessary on death of plaintiff for substitution of the legal representative as party plaintiff is suggestion of the death in writing, filed with the prothonotary.

(*March 7, 1898.*)

LORE, C. J., and PENNEWILL and BOYCE, J. J., sitting.

*Herbert H. Ward* and *Andrew C. Gray* for plaintiff.

*Benjamin Nields* for defendants.

Superior Court, New Castle County, February Term, 1898.

SUMPS. DEBT, (No. 201 to May Term, 1897).

The death of Hugh C. Smith, administrator, party plaintiff, was suggested in open Court by Mr. Gray, of counsel for plaintiff, and the substitution of the legal representatives as parties plaintiff was asked for, Mr. Gray suggesting that he had taken this course on account of the very indefinite language of the statute, *Secs. 5 and 7, Chap. 105, Rev. Code, 787.*

LORE, C. J :—We are of the opinion that it will be sufficient if the suggestion in writing be filed with the Prothonotary.